IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN MACK,

    Petitioner,        No. CIV S-02-1539 GEB JFM P

  vs.

G.M. GALAZA, Warden, et al.,

    Respondents.      ORDER

_____/

        Petitioner has requested an extension of time to file and serve objections to the May 17, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 30, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the May 17, 2006 findings and recommendations.

DATED: June 14, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

/mp; mack1539.111