IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN MACK,

    Petitioner,                    No. CIV S-02-1539 GEB JFM P

  vs.

G.M. GALAZA, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner has filed his third request for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

        Accordingly, IT IS HEREBY ORDERED that petitioner's September 11, 2006 request for appointment of counsel is denied.

DATED: September 29, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

8/mp; mack1539.110(2)