IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN MACK,

    Petitioner,                    No. CIV S-02-1539 GEB JFM P

    vs.

G. M. GALAZA, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 3, 2006, the district court entered an order adopting in full this court's findings and recommendations and denying the petition. Judgment was entered the same day. On November 15, 2006, petitioner filed a letter seeking information about what to "file next" in response to the district court's order.

        Petitioner is referred to the provisions of Rule 4 of the Federal Rules of Appellate Procedure with respect to the requirements for taking an appeal from the judgment of a district court. Petitioner is also referred to Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c) with respect to

/////

/////

/////

the requirements for a certificate of appealability from the denial of a petition for writ of habeas corpus.

DATED: November 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
mack1539.let