**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

April 9, 2007

**FILED**

APR 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Ms. Stephanie Adraktas
Attorney at Law
448 Page Street
San Francisco, CA 94102

    Re:   **Mack v. Galaza**
            Civ.S-02-1539-GEB

Dear Ms. Adraktas:

    This will confirm your appointment as counsel by the Honorable Garland E. Burrell, U.S. District Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

    Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

    If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                              Very truly yours,

                              CYNTHIA L. COMPTON
                              CJA Panel Administrator

:clc
Enclosures
cc:  Clerk's Office
      ~~Ninth Circuit~~ Court of Appeals

# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 09C | Mack, Stephen | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Civ.S-02-1539-GEB | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| Mack v. Galaza | Appeal | Appellant | CA |

**11. OFFENSE(S) CHARGED**
Appeal from the denial of a habeas corpus

**12. ATTORNEY'S NAME AND MAILING ADDRESS**
Stephanie Adraktas, Esq.
448 Page Street
San Francisco, CA 94102
(415) 699-1507

**13. COURT ORDER**
☒ O Appointing Counsel
Date of Order: 3/23/07

**15. a.** Arraignment and/or Plea
**b.** Bail and Detention Hearings
**c.** Motion Hearings
**d.** Trial
**e.** Sentencing Hearings
**f.** Revocation Hearings
**g.** Appeals Court
**h.** Other
(Rate per hour = $ 92 )

**16. a.** Interviews and Conferences
**b.** Obtaining and reviewing records
**c.** Legal research and brief writing
**d.** Travel time
**e.** Investigative and Other work
(Rate per hour = $ 92 )

**17.** Travel Expenses
**18.** Other Expenses